IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANDEL D. WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action. No. 18-1329-CFC ) |
| CONNECTIONS (LLC), et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

At Wilmington this 24TH day of August, 2020, having considered Plaintiff's letter/motion seeking assistance in obtaining his Delaware Department of Correction medical records (D.I. 43),

IT IS HEREBY ORDERED that on or before September 25, 2020, Defendant Connections Community Support Programs, Inc. shall produce to Plaintiff all medical records for Plaintiff it has obtained through discovery (*see* D.I. 33-1, subpoena duces tecum served on the Delaware Department of Correction for production of Plaintiff's intake/information sheets; physician reports; hospital records; physical therapy records; MAR; KOP records; infirmary records; x-ray/ultrasound/radiology reports; any handwritten files; photos; diagnostic testing and imaging; offsite consultation records and reports; lab tests and results; scheduling details for offsite consultations; receipts for medical products; and any and all other information for the time period of January 1, 2017 to present) that Defendant has in its possession or control given the difficulty incarcerated inmates have in obtaining medical records.

_____
UNITED STATES DISTRICT JUDGE